In the Matter of GRACIA E. CAMPBELL and Another, Appellants, for the Construction of the Will of GRACIA M. CAMPBELL, Deceased. (Proceeding No. 1.) In the Matter of GRACIA E. CAMPBELL and Another, Appellants, for the Construction of the Will of MARJORIE K.C. KLOPP, Deceased. (Proceeding No. 2.) MELISSA C. ENGLAND and Another, as Personal Representatives of the Estate of HAZARD K. CAMPBELL, SR., Deceased, and Another, as Cotrustees, Respondents. JAMES P. DOMAGALSKI, ESQ., Guardian Ad Litem for Infant Contingent Beneficiaries, Respondent. [63 NYS3d 917]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered May 3, 2016. The order, insofar as appealed from, constructed the wills of Gracia M. Campbell and Marjorie K.C. Klopp and determined valid the disposition of Gracia M. Campbell.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, DeJoseph and Winslow, JJ.